# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 11, 2023

_____

DOCKET CORRECTION NOTICE

_____

No. 21-1247,   <u>G.M. v. Michael Martirano</u>
                1:20-cv-00791-JKB

TO:    Michael J. Martirano
        Howard County Board of Education
        G.M.
        E.P.

BRIEF DUE:  October 16, 2023

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** or **JOINT APPENDIX** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief/joint appendix. Arrangements may be made with the clerk for return of paper copies for correction, if applicable. The time for filing the next brief is unaffected by this notice.

> [X] Attachment material is incorrectly cited to and identified in a supplemental appendix. The court issued a docket correction to have the appellant refile the "supplemental appendix" to conform with Local Rule 28(b) (See ECF No. 39). Any reference to the "SA" should be removed from briefs as the material is not appendix material. Appellant should refile her attachment identifying it as such and then both parties will need to refile their briefs.

Emily Borneisen, Deputy Clerk
804-916-2704